UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| V. | § | Criminal No. G-05-33M |
| | § | |
| Cervando Olvera-Villalon | § | |

## Order

The Court, after conducting a hearing pursuant to Rule 5.1, finds no probable cause and orders that the criminal complaint be dismissed and that the defendant be discharged.

SIGNED at Houston, Texas on September 27, 2005.

_____
Stephen Wm Smith
United States Magistrate Judge